```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 27263
    KAMISHA ALYCE WILLIAMS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1447
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 07/22/2004 and was confirmed 11/03/2004.

The plan was confirmed to pay secured creditors 100% and unsecured creditors  10.00%.

The case was dismissed after confirmation 11/26/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AUTO ONE ACCEPTANCE | SECURED | 5000.00 | 373.04 | 5000.00 |
| AUTO ONE ACCEPTANCE | UNSECURED | 5795.90 | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | 580.05 | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| LOAN EXPRESS CO | UNSECURED | 76.77 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| QUICK PAYDAY LOANS | UNSECURED | 460.00 | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4159.91 | .00 | 253.56 |
| CITY OF CHICAGO PARKING | FILED LATE | 1594.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 10.62 | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | 2848.00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,305.20 | | 3,225.00 |
| TOM VAUGHN | TRUSTEE | | | 548.40 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 9,400.00 | |
| PRIORITY | | 253.56 |
| SECURED | | 5,000.00 |
|     INTEREST | | 373.04 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 3,225.00 |
| TRUSTEE COMPENSATION | | 548.40 |
| DEBTOR REFUND | | .00 |
| TOTALS | 9,400.00 | 9,400.00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 27263 KAMISHA ALYCE WILLIAMS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/25/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE